IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**HARRISON JAMES LARGO,**

      **Petitioner,**

**v.**                                                              **No. CV 13-590 LH/LAM**

**JAMES JANECKA, et al.,**

      **Respondents.**

## ORDER

**THIS MATTER** is before the Court on Petitioner's *Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (Doc. 3)*, filed June 24, 2013, and the Court being fully advised, hereby **FINDS** that the motion is well-taken and should be **GRANTED**;

**IT IS THEREFORE ORDERED** that the motion to proceed *in forma pauperis* is hereby **GRANTED**, and Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS SO ORDERED.**

                                                          *Lourdes A. Martinez*
                                                          **LOURDES A. MARTÍNEZ**
                                                           **UNITED STATES MAGISTRATE JUDGE**